To The Court of Criminal Appeals of Texas:

My name is Damian Hernandez Galvan #1916190. I received a letter from you stating that I signed a paper saying that I didn't want to appeal my case. I never signed no such paper. I'm innocent from all these charges. I believe it is someone with my same name that these charges belong to. Everything that I'm telling you is the truth. I have nothing to hide. I understand the system is not perfect and mistakes are made some times. I have been wrongly imprisoned but I do not know the right channels of going about it. Please help me.

The last time I was in court was May 18, 2015. I saw the Judge and he asked me some questions. He asked Mr. Hernandez did you sign the papers of appeal in March 26, 2014? I answered "Yes". The Judge then asked me "Have you had contact with your lawyer"? I said "No". The Judge asked me "Did you file                    ? I answered "Yes". The Judge asked "Did you file or did somebody else do it"? I said "Somebody else did it for me". The Judge then had me placed in a holding room. Ten minutes the lawyer that represented me for a day, came in and said "the decision is on the way". I have been waiting 5 months for a decision from then. I have not heard anything. Please help me.

CAUSE NO. CR13=0075 APPEAL

CAUSE NO. CR13=0075

Sincerely,
DAMIAN HERNANDEZ
1916190